CO-386-online
10/03

# United States District Court
# For the District of Columbia

Weaver's Cove Energy, LLC )
)
)
)
vs    Plaintiff )    Civil Action No._____
)
United States of America, Department )
of the Interior, et al. )
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Weaver's Cove Energy, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Weaver's Cove Energy, LLC__ which have any outstanding securities in the hands of the public:

Hess Corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

DC Bar No. 494284
BAR IDENTIFICATION NO.

Jeffrey M. Bauer
Print Name

Baker Botts, LLP, 1299 Pennsylvania Ave, NW
Address

Washington    DC        20004
City          State     Zip Code

202-639-7721
Phone Number