AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Weaver's Cove Energy, LLC

**SUMMONS IN A CIVIL CASE**

V.

United States of America, Department of the Interior, et al.

Case: 1:07-cv-01525
Assigned To : Walton, Reggie B.
Assign. Date : 8/27/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

Civil Process Clerk
Office of the United States Attorney for the D.C.
Judiciary Center Building
555 Fourth Street, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Bauer
Baker Botts, LLP
The Warner
1299 Pennsylvania Ave., NW
20004-2400

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                    AUG 2 7 2007

CLERK                                          DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Weaver's Cove Energy, LLC

vs.

The United States of America, Department of the Interior, et al.

No. 1:07-CV-01525 RBW

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, AMBIKO GUICE, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before United States Magistrate Judge; Complaint for Judgment and Relief Pursuant to the Declaratory Judgment Act and the Administrative Procedure Act with Exhibits A - D; and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 11-03-1974.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:59 pm on August 28, 2007, I served United States Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 by serving Lakisha Carroll, Docket Clerk, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     30
HEIGHT-  5'4"
HAIR-    BLACK
WEIGHT-  180
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 8-29-07
            Date

AMBIKO GUICE
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 193619