UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVERS COVE ENERGY, LLC )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPT. OF INTERIOR, )<br>*et al.* )<br>)<br>Defendants. ) | No. 07-cv-1525(RBW) |

**NOTICE OF APPEARANCE OF JOSHUA A. KLEIN**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Joshua A. Klein as counsel in this case for Plaintiff Weavers Cove Energy LLC.

Filed this 12th day of December, 2007

/s/ Joshua A. Klein
Joshua A. Klein (Bar No. 489078)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Tel: (202) 639-7700
Fax: (202) 639-7890

CERTIFICATE OF SERVICE

    I certify that on December 12, 2007, I caused a true and correct copy of this Notice of Appearance to be served on counsel for all parties by the Court's Electronic Case Filing (ECF) system.

/s/ Joshua A. Klein
Joshua A. Klein

December 12, 2007