UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVERS COVE ENERGY, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPT. OF INTERIOR, )<br>*et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 07-cv-1525(RBW) |

**JOINT MEET AND CONFER REPORT**

Between December 16, 2007 and December 27, 2007, pursuant to the provisions of Rule 26(f) and 16(b) of the Federal Rules of Civil Procedure, LCvR 16.3, and this Court's Order for Initial Scheduling Conference, the parties, by counsel, conferred in the above case. The parties have agreed on most issues required by the rules, but were unable to fully agree on a scheduling proposal. The parties hereby make the following report to the Court.

    A.    **Joint Statement of the Case and Causes of Action**

In accordance with this Court's Order For Initial Scheduling Conference issued on October 31, 2007, the parties will file a joint statement of the case and the statutory basis for all causes of action no later than 72 hours prior to the Conference.

    B.    **Issues Set Forth in LCvR 16.3**

    1.    The parties agree that any judicial review of the merits of this case would be limited to the administrative record and should be decided by dispositive motion. Weaver's Cove suggests that this case should be decided on summary judgment. Defendants believe that summary judgment briefing should not begin until after this Court decides that it has jurisdiction.

Plaintiff maintains that even if jurisdiction is briefed separately from the merits for the Court's convenience, merits briefing should follow immediately upon conclusion of the jurisdictional briefing rather than awaiting the Court's decision. In contrast, because defendants believe that briefing the merits before jurisdiction is decided would waste time and money, they have proposed to decide jurisdiction first under an expedited briefing schedule. Both parties' contentions are set forth in Section C, *infra*.

       2.     The parties agree that, once Defendants submit the administrative record, they will work together in good faith to make the necessary changes, if any, to comply with the Administrative Procedure Act. Relevant portions of the administrative record will be filed with the court in accordance with LCvR 7. The parties do not currently anticipate the need to join additional parties or amend pleadings.

       3.     The parties agree that the case should not be assigned to a magistrate judge for any purpose, including trial.

       4.     The parties agree that there is a reasonable possibility of settlement, assuming this Court decides it has jurisdiction. Defendants do not contemplate engaging in settlement discussions, however, unless and until the Court denies its motion to dismiss for lack of jurisdiction.

       5.     The parties agree that, currently, the case will not benefit from the Court's ADR procedures. The parties may, however, request the Court to invoke those procedures in the future if negotiations warrant such action.

       6.     The parties agree that the case will be resolved by summary judgment or a motion to dismiss. Proposed dates for the filing of motions are set forth in Section C, *infra*.

7. The parties agree to dispense with initial disclosures required by Fed. R. Civ. P. 26(a)(1).

8. Because plaintiffs have commenced this case under the Administrative Procedure Act ("APA"), it is governed by the APA rule that, subject to narrow exceptions, judicial review is limited to the administrative record. Thus, without waiving the right to conduct any discovery not precluded by the APA, if necessary, once the administrative record is proffered, the parties currently anticipate no need for discovery.

**C.    Proposed Schedules.**

1. **Defendants' Proposed Scheduling Plan.** Defendants propose to raise the jurisdictional defenses of lack ripeness and lack of standing under the Constitution in a Motion to Dismiss, before the merits are addressed in a Motion for Summary Judgment. The Defendants propose the following briefing schedule:

<u>Jurisdictional Matters</u>

| | |
|---|---|
| January 31, 2008 | Defendants File Motion to Dismiss |
| February 15, 2008 | Defendants Submit Administrative Record to Plaintiff |
| February 22, 2008 | Weaver's Cove Files Its Opposition |
| March 17, 2008 | Defendants File Reply |

<u>Merits</u>

| | |
|---|---|
| 21 days following Court's decision on Motion to Dismiss | Parties Discuss Settlement |
| 14 days later | Weaver's Cove files Motion for Summary Judgment |
| 30 days later | Defendants file Opposition and Cross-Motion for Summary Judgment |
| 20 days later | Weaver's Cove files Opposition and Reply in Support |
| 20 days later | Defendants File Reply in Support |

DC01:490645.4

2. **Plaintiff's Proposed Scheduling Plan.** Weaver's Cove disagrees with Defendants' suggestion to delay merits briefing while the Court determines the jurisdictional issue. In light of Defendants' decision not to file a motion to dismiss earlier in the case, Weaver's Cove proposes that briefing on the merits commence immediately after briefing on the motion to dismiss, in order that Weaver's Cove should not be inequitably delayed in obtaining relief. To that end, Weavers Cove proposes the following briefing schedule:

### Jurisdictional Matters

| | |
|---|---|
| January 31, 2008 | Defendants File Motion to Dismiss |
| February 2, 2008 | Defendants Submit Proposed Administrative Record to Plaintiff |
| February 22, 2008 | Weaver's Cove Files Its Opposition |
| March 17, 2008 | Defendants File Reply |

### Merits

| | |
|---|---|
| March 28, 2008 | Weaver's Cove Files Motion for Summary Judgment |
| April 25, 2008 | Defendants File Opposition to Plaintiff's Motion and Cross-Motion for Summary Judgment. |
| May 23, 2008 | Weaver's Cove Files Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Motion. |
| June 13, 2008 | Defendants File Reply in Support of Motion for Summary Judgment. |

3. **Proposed Orders.** Proposed orders reflecting the plaintiff's proposal and the defendants' proposal are attached.

Filed this 10th day of January, 2008

| | |
|---|---|
| /s/ Gregory D. Page | /s/ Jeffrey M. Bauer |
| Gregory D. Page (Bar No. 398121) | Jeffrey M. Bauer (Bar No. 494284) |
| U.S. Department of Justice | Bruce F. Kiely (Bar No. 223024) |
| P.O. Box 663 | Joshua Klein (Bar No. 489078) |
| Washington, D.C. 20004-0663 | BAKER BOTTS L.L.P. |
| Tel: (202) 305-0446 | 1299 Pennsylvania Ave., N.W. |
| | Washington, D.C. 20004-2400 |
| Attorney for the Defendants | jeffrey.bauer@bakerbotts.com |
| | Tel: (202) 639-7721 |
| | Fax: (202) 585-4076 |
| | |
| | Attorneys for Plaintiff Weaver's Cove Energy, LLC |

CERTIFICATE OF SERVICE

      I certify that on January 10, 2008, I caused a true and correct copy of this Notice of Appearance to be served on all parties by the Court's Electronic Case Filing (ECF) system.

| January 10, 2008 | /s/ Jeffrey M. Bauer |
|---|---|
| | Jeffrey M. Bauer |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVERS COVE ENERGY, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPT. OF INTERIOR, )<br>*et al.* )<br>)<br>Defendants. ) | Civil Action No. 07-cv-1525(RBW) |

## PLAINTIFF'S PROPOSED SCHEDULING ORDER

### Jurisdictional Matters

| | |
|---|---|
| January 31, 2008 | Defendants File Motion to Dismiss |
| February 2, 2008 | Defendants Submit Proposed Administrative Record to Plaintiff |
| February 22, 2008 | Weavers Cove Files Its Opposition |
| March 17, 2008 | Defendants File Reply |

### Merits

| | |
|---|---|
| March 28, 2008 | Weaver's Cove Files Motion for Summary Judgment |
| April 25, 2008 | Defendants File Opposition to Plaintiff's Motion and Cross-Motion for Summary Judgment. |
| May 23, 2008 | Weaver's Cove Files Reply in Support of Motion for Summary Judgment and Opposition to Defendants' Motion. |
| June 13, 2008 | Defendants File Reply in Support of Motion for Summary Judgment |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DC01:490645.4

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVERS COVE ENERGY, LLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPT. OF INTERIOR, *et al.*<br><br>Defendants. | Civil Action No. 07-cv-1525(RBW) |

### DEFENDANTS' PROPOSED SCHEDULING ORDER

**Jurisdictional Matters**

| | |
|---|---|
| January 31, 2008 | Defendants File Motion to Dismiss |
| February 15, 2008 | Defendants Submit Administrative Record to Plaintiff |
| February 22, 2008 | Weavers Cove Files Its Opposition |
| March 17, 2008 | Defendants File Reply |

**Merits**

| | |
|---|---|
| 21 days following Court's decision on Motion to Dismiss | Parties Discuss Settlement |
| 14 days later | Weaver's Cove files Motion for Summary Judgment |
| 30 days later | Defendants file an Opposition and a Cross-Motion for Summary Judgment |
| 20 days later | Weaver's Cove files its Opposition and its Reply |
| 20 days later | Defendants will file their Reply |

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE