UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVER'S COVE ENERGY, LLC<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPT. OF INTERIOR, *et al.*<br><br>Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 07-cv-1525(RBW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE OF BRUCE F. KIELY**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Bruce F. Kiely as counsel in this case for Plaintiff Weaver's Cove Energy, LLC.

Filed this 16th day of January, 2008

/s/ Bruce F. Kiely
Bruce F. Kiely (Bar No. 223024)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
bruce.kiely@bakerbotts.com
Tel: (202) 639-7700
Fax: (202) 639-7890

DC01:489207.2

CERTIFICATE OF SERVICE

I certify that on January 16, 2008, I caused a true and correct copy of this Notice of Appearance to be served on all parties by the Court's Electronic Case Filing (ECF) system.

| | |
|---|---|
| January 16, 2008 | /s/ Bruce F. Kiely<br>Bruce F. Kiely |

DC01:489207.2