IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WEAVER'S COVE ENERGY, LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case: 1:07-cv-01525 (RBW) |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| DEPARTMENT OF THE INTERIOR; | ) | |
| UNITED STATES FISH AND WILDLIFE | ) | |
| SERVICE; | ) | |
| UNITED STATES NATIONAL PARK | ) | |
| SERVICE, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

## NOTICE OF FILING ELECTRONIC INDEX TO FEDERAL RECORDS CORRESPONDING  TO CHALLENGED ADMINISTRATIVE LETTERS

Plaintiff challenges two letters that federal defendants ("Interior") sent in 2005 and 2006  ("2005 letter" and "2006 letter").  In both Interior's Motion to Dismiss for Failure to State a Claim and Lack of Jurisdiction and the memorandum supporting that motion ("Def. Mot."), Interior demonstrated that these challenged letters were not and are not "final agency action" under the Administrative Procedure Act ("APA"), 5 U.S.C. § 704.  Def. Mot. at 16-21 .  Therefore, because the 2005 and 2006 letters are not final agency actions under the APA, there can no lawful administrative record per se under the APA for them.  See 5 U.S.C. § 704.

Nevertheless, pursuant to the Court's 22 January 2008 Minute Order, Interior respectfully submits both the authenticated index and the federal records corresponding to the 2005 letter, the 2006 letter, and plaintiff's proposed marine terminal and related dredging project for liquified natural gas near the mouth of the Taunton River ("LNG dredging project"). These records consists of the federal papers, documents, and other writings: (1) underlying the 2005 letter and the 2006 letter; (2) underlying Interior's decision to suspend the analysis in those letters of the LNG dredging project under the Wild and Scenic Rivers Act, pending future decisions by the U.S. Coast Guard and the States of Rhode Island and Massachusetts; (3) corresponding to plaintiff's decision to change the LNG dredging project that it had proposed initially; and (4) also corresponding to the decisions of independent federal and state agencies to either suspend or withhold their requested approval of the LNG dredging project.

Please take notice that the attached electronic index to these records has been filed with the Court. This index is connected electronically, by hyperlink, to all of the federal records described above. Today, a separate electronic disc containing both this index and the records corresponding to it was also mailed under separate cover, and by overnight mail, to plaintiff.

Should the Court or plaintiff have questions about using either this disc or the hyperlinks included in the index, they may contact Interior's custodian of the administrative record, Ms. Kate Costenbader, at tel. (413) 253-8600.

1

Respectfully submitted,


*/s/ Gregory D. Page*
GREGORY D. PAGE, DC Bar 398121
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: (202) 305-0446
Attorneys for the Federal Defendants

2

## CERTIFICATE OF SERVICE

I certify that true and correct copies of the foregoing were served on 15 February 2008 by electronic filing to :

> Jeffrey M. Bauer
> Adam J. White
> Baker Botts L.L.P.
> 1299 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004-2400

/s/ Gregory D. Page
Gregory D. Page

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| | | INDEX OF ADMINISTRATIVE RECORD | |
|---|---|---|---|
| EXHIBIT # | DATE | AUTHOR, TITLE or SUBJECT | BATES # |
| 1. | 03/1976 | Bud Reese, Project Coordinator. The Pilgrim Area Resource Conservation & Development Project. Basic data report, Lower Taunton River Environmental Corridor RC &D Measure. | 000001 |
| 2. | 08/28/1981 | Bud Reese, RC & D Coordinator. United States Department of Agriculture/Soil Conservation Service. Regarding: Southeastern Massachusetts Canoe Trails Systems | 000009 |
| 3. | 01/1982 | MHC Reconnaissance Survey Reports Community: Fall River | 000020 |
| 4. | 09/07/1982 | Department of the Interior, Department of Agriculture; National Wild and Scenic Rivers System; Final Revised Guidelines for Eligibility, Classification and Management of River Areas; 47 Federal Register, 39455 | 000031 |
| 5. | 01/16/1984 | Department of the Agriculture, Wild and Scenic Rivers; Water Resources Project, Final rule; 49 Federal Register, 1900 | 000039 |
| 6. | 02/24/1984 | Department of the Agriculture, Wild and Scenic Rivers; Water Resources Project, Final rule correction; 49 Federal Register 6895 | 000043 |
| 7. | 02/19/1987 | Memorandum from Acting Associate Director, Planning and Development, National Park Service to Regional Directors and Manager, Denver Service Center Subject: Administration of the Wild and Scenic Rivers Act. | 000045 |
| 8. | 01/1988 | A Guide to the Wild & Scenic Rivers System | 000048 |
| 9. | 05/02/1989 | Brightman Street Bridge Replacement. City of Fall River, Town of Somerset Massachusetts. Final Environmental Assessment. | 000061 |
| 10. | 12/1989 | Taunton River Conservation and Management Plan, Executive Summary | 000072 |
| 11. | 1/1992 | Taunton Energy Center. 316(a) and (b) Demonstration. Clean Water Act 33 U.S.C. For the Taunton Energy Center. Prepared by HMM Associates, Inc., Concord, Massachusetts | 000103 |
| 12. | 04/29/1993 | Jack Wiggin. Urban Harbors Institute, University of Massachusetts.   Draft of five sections, of "Action Plan for the Taunton River Watershed". | 000173 |
| 13. | 05/1993 | Christopher Buerkett and Boyd Kynard, Department of Forestry and Wildlife Management, University of Management. Final report for Project. AFC-24-1. Sturgeons of the Taunton River and Mt. Hope Bay. Distribution, Habitats, and Movements. | 000246 |
| 14. | 01/12/1995 | Steve Hurley, Fisheries Information Summary Taunton River. | 000260 |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| | | INDEX OF ADMINISTRATIVE RECORD | |
|---|---|---|---|
| EXHIBIT # | DATE | AUTHOR, TITLE or SUBJECT | BATES # |
| 15. | 1996 | Michael J. Tougias, A Taunton River Journey, A guide to exploring the River, with history, wildlife, anecdotes, and suggested outings | **000272** |
| 16. | 05/1997 | Interagency Wild and Scenic Rivers Coordinating Council, Wild and Scenic Rivers Act: Section 7 | **000325** |
| 17. | 05/21/1997 | Joan Kimball.  Taunton Basin Meeting. | **000353** |
| 18. | 03/10/1999 | Massachusetts Department of Environmental Management Statewide Greenways & Trails Plan, Southeastern Massachusetts, Cape Cod, and the Islands Regional Workshop. | **000361** |
| 19. | 2000 | MA Division of Fisheries Wildlife and Environmental Enforcement, Special Rivers of Massachusetts | **000363** |
| 20. | 04/24/2000 | Email from John Haubert to Jamie Fosburgh et al, Guidance for Implementation of Section 7 of the WSRA | **000365** |
| 21. | 2001 | Heritage River Program: Pilot 2001 Taunton River | **000408** |
| 22. | 02/10/2001 | American Rivers, A Tour through Section 7 of the WSRA of 1968 | **000411** |
| 23. | 02/27/2001 | Letter from Taunton River Stewardship Program to Congressman Joseph Moakley | **000419** |
| 24. | 02/15/2002 | Patrick E. Rogers, Watershed Leader, Taunton River Watershed.  Re: Lower Taunton River Committee Proposed Wild and Scenic Study. | **000422** |
| 25. | 03/2002 | Interagency Wild and Scenic Rivers Coordinating Council, Wild and Scenic River Management Responsibilities | **000426** |
| 26. | 05/14/2002 | Wayne F. MacCallum, Director.  Division of Fisheries & Wildlife.  RE: Upper Taunton National Wild and Scenic River nomination. | **000475** |
| 27. | 07/17/2002 | Jim Ross.  Upper Taunton River Wild & Scenice Study Committee. Taunton River Resolution. | **000480** |
| 28. | 10/09/2002 | Public Access Board, Re: Taunton River Watershed | **000482** |
| 29. | 12/03/2002 | U.S Fish and Wildlife Service Central New England Fishery Resource Office. Letter discussing the fishery resource and culture importance of the Taunton River watershed to the restoration activities of their office. | **000488** |
| 30. | 03/19/2003 | Steve Hurley, Inland Fisheries.  Fisheries Expert Meeting. | **000489** |
| 31. | 5/14/2003 | Tom Mahlstedt, Principles and Concepts of Protecting and Managing Cultural Resources.  Upper Taunton River Wild & Scenic Study.  Archeology Experts Meeting. | **000492** |
| 32. | 8/15/2003 | Stephen C. Smith, Executive Director, Southeastern Regional Planning & Economic Development District. Efforts to designate the Lower Taunton River as as Wild & Scenic River. | **000497** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| | | INDEX OF ADMINISTRATIVE RECORD | |
|---|---|---|---|
| EXHIBIT # | DATE | AUTHOR, TITLE or SUBJECT | BATES # |
| 33. | 10/03/2003 | Letter from Jamie Fosburgh to Katherine Lesser, Epsilon Associates | **000502** |
| 34. | 2004 | GIS Maps to be produced for Public outreach campaign. | **000503** |
| 35. | 2004 | Anadromous Fish Passage in the Taunton Watershed, Massachusetts | **000506** |
| 36. | 02/24/2004 | Letter from J. Keith Everett, NPS to Magalie Salas, FERC re Weaver's Cove LNG | **000509** |
| 37. | 2/28/2004 | Taunton River Wild & Scenice River Study Planning session (Charette) Agenda. | **000510** |
| 38. | 2/28/2004 | Wild & Scenic Charette-Notes and top issues. | **000523** |
| 39. | 05/2004 | K.E. Reback, P.D Brady, K.D. McLaughlin and C.G. A survey of Anadromous fish passage in coastal Massachusetts. Part one Southern Massachusetts | **000525** |
| 40. | 07/23/2004 | Commonwealth of Massachusetts, Division of Marine Fisheries re: Mill River Pipeline Project Notice of Intent to Fall River Conservation Commission | **000667** |
| 41. | 07/23/2004 | Commonwealth of Massachusetts, Division of Marine Fisheries re: Weaver's Cove LNG Import Terminal Project Notice of Intent to Fall River Conservation Commission | **000668** |
| 42. | 07/26/2004 | Comments of Shell Oil Products U.S., and Shell Oil Company re: Notice of Intent – Weaver's Cove Energy, LLC to Fall River Conservation Commission | **000671** |
| 43. | 07/30/2004 | Letter from Rich McGuire, FERC to Jamie Fosburgh transmitting WCE DEIS | **000676** |
| 44. | 08/2004 | FERC, Draft EIS, Weaver's Cove LNG Project (table of contents) | **000678** |
| 45. | 08/03/2004 | US Army COE, Public Notice, File #: 2004-2355 | **000684** |
| 46. | 08/09/2004 | Letter from Edward M. Lambert, Jr. to Jamie Fosburgh | **000688** |
| 47. | 08/09/2004 | Letter from US Rep. Barnie Frank and James McGovern to Jamie Fosburgh | **000691** |
| 48. | 8/25/2004 | Baker Botts LLP Letter to Jamie Fosburgh, DOI. | **000692** |
| 49. | 08/30/2004 | U.S. Army Corps of Engineers New England District Press Release Public hearings on Weaver's Cove LNG terminal set for Sept. 8-9 in Swansea, Middletown | **000695** |
| 50. | 09/13/2004 | Email from W. Neidermyer to J. Fosburgh Re: Weaver's Cove | **000698** |
| 51. | 09/14/2004 | Fred Saintours.  Invetebrate Survey Highlights | **000703** |
| 52. | 09/17/2004 | U.S. Department of Commerce, National Oceanic and Atmospheric Administration, RE: Weaver's Cove Energy LLC and Mill River Pipeline LLC (NAE-2004-2355), Fall River, Massachusetts | **000704** |

3

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 53. | 09/17/2004 | U.S. Department of Commerce, National Oceanic and Atmospheric Administration, RE: Weaver's Cove Energy LLC and Mill River Pipeline LLC, Fall River, Massachusetts (Docket No. CP04-36-000 and CP04-41-000) | **000716** |
|-----|-----------|------------|------------|
| 54. | 09/17/2004 | Letter from Andrew Raddant, DOI to Magalie Salas, FERC | **000728** |
| 55. | 09/20/2004 | U.S. Environmental Protection Agency, Region 1 Re: Weaver's Cove LNG Project Draft Impact Statement | **000731** |
| 56. | 09/20/2004 | Jim Ross, comment letter on Weaver's Cove LNG to FERC and MEPA | **000755** |
| 57. | 09/22/2004 | U.S. Department of the Interior, REF: Public Notice NAE-2004-2355 | **000758** |
| 58. | 09/29/2004 | Email from T. Lento to T. Lento et al. Re: Weaver's Cove Energy – rescheduled project meeting on dredging issues | **000762** |
| 59. | 10/05/2004 | Email from M. Ludwig to T. Lento et al. Re: Weaver's Cove Energy – rescheduled project meeting on dredging issues | **000764** |
| 60. | 10/18/2004 | Email from T. Lento to T. Lento et al.  Re: Weavers Cove LNG project – dredging of the Taunton River | **000767** |
| 61. | 10/25/2004 | Email from R. McGuire to J. Fosburgh Re: Weaver's Cove LNG Project | **000769** |
| 62. | 11/04/2004 | Weaver's Cove Energy, LLC Responses to the Federal Energy Regulatory Commission Staff's October 15, 2004 Environmental Data Requests | **000770** |
| 63. | 03/2005 | The Nature Conservancy, Taunton River Conservation Plan Summary | **000778** |
| 64. | 05/2005 | FERC, FEIS Weaver's Cove LNG Project (table of contents) | **000781** |
| 65. | 05/20/2005 | FERC, Notice of Availability of the Final Environmental Impact Statement for the Proposed Weaver's Cove LNG Project | **000787** |
| 66. | 06/02/2005 | Email from C. Boelke to J. Fosburgh Re: weavers cove letters | **000790** |
| 67. | 06/03/2005 | Email from V. Malkoski to T. Lento Re: WCE – July 6, 2005 meeting to review mitigation plans | **000815** |
| 68. | 06/17/2005 | Draft letter from M. Bomar, Acting Regional Director to Christine Godfrey, COE Re Proposed Weaver's Cove LNG | **000816** |
| 69. | 06/23/2005 | Email from C. Boelke to J. Fosburgh Re: weavers cove letters | **000820** |
| 70. | 06/24/2005 | Memorandum, Marine Research Inc. Falmouth, MA Subject: Herring migration | **000821** |
| 71. | 06/27/2005 | U.S. Department of Commerce, National Oceanic and Atmospheric Administration, RE: Final Environmental Impact Statement, Weaver's Cove Energy LLC and Mill River Pipeline LLC, Fall River, Massachusetts | **000829** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 72. | 06/28/2005 | U.S. Environmental Protection Agency, Region 1 Re: Weaver's Cove LNG Project Final Impact Statement | **000834** |
|---|---|---|---|
| 73. | 06/28/2005 | Statement of Edward M. Lambert, Jr. Mayor , Fall River, Massachusetts on Behalf of the National League of Cities | **000845** |
| 74. | 06/30/2005 | Save the Bay, Narragansett Bay, "Save the Bay Applauds FERC's denial of Keyspan LNG application, vows to oppose proposed Weaver's Cove facility" | **000853** |
| 75. | 07/2005 | Draft NPS comment letter on FERC FEIS | **000855** |
| 76. | 07/2005 | Draft NPS comment letter on FERC FEIS | **000858** |
| 77. | 07/2005 | Taunton River Stewardship Plan: Taunton River Wild and Scenic River Study | **000861** |
| 78. | 07/01/2005 | Email from C. Boelke to J. Fosburgh Re: weavers cove letters | **001082** |
| 79. | 07/05/2005 | Letter from Willie Taylor, DOI, to Magalie Salas, FERC, Comments on the FEIS | **001083** |
| 80. | 08/15/2005 | WCE Request for Clarification and/or Rehearing, FERC | **001087** |
| 81. | Fall 2005 | Murray Feldman et al, NR&E, Learning to Manage Our Wild and Scenic River System | **001120** |
| 82. | 11/01/2005 | US Army COE, Revised Public Notice and Announcement of a Public Hearing | **001128** |
| 83. | 12 /10/2005 | Email from P. Colarusso to J. Fosburgh | **001138** |
| 84. | 12/27/2005 | U.S. Army Corps of Engineers New England District Press Release Revised Public Notice to Extend Comment Period | **001139** |
| 85. | 12/27/2005 | U.S. Department of Commerce, National Oceanic and Atmospheric Administration, RE: Weaver's Cove Energy LNG Project; Revised Public Notice | **001141** |
| 86. | 01/2006 | Draft input of NPS to USFWS re COE permit for WCE | **001146** |
| 87. | 01/2006 | Draft input of NPS to USFWS re COE permit for WCE | **001148** |
| 88. | 01/04/2006 | U.S. Army Corps of Engineers New England District Press Release Revised Public Notice to Extend Comment Period for Proposed LNG Terminal | **001150** |
| 89. | 01/19/2006 | Federal Energy Regulatory Commission, Press Release FERC Affirms Its Approval of Weaver's Cove LNG: Stands By Its Rejection of Keyspan LNG in Providence | **001152** |
| 90. | 01/21/2006 | Federal Energy Regulatory Commission, Press Release FERC Affirms Its Approval of Weaver's Cove LNG; Stands by Its Rejection of Keyspan LNG in Providence | **001157** |
| 91. | 01/23/2006 | FERC, WCE LLC, Order on Rehearing | **001160** |
| 92. | 01/24/2006 | Email from W. Neidermyer to J. Fosburgh Re: Weaver's Cove | **001223** |
| 93. | 01/26/2006 | Greater Boston: Massachusetts and Rhode Island Fight LNG Facility | **001227** |
| 94. | 02/01/2006 | U.S. Army Corps of Engineers New England District Press Release Corps public comment period for Proposed Weaver's Cove LNG terminal to end Feb. 8 | **001228** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 95. | 02/07/2006 | U.S. Department of the Interior, Fish and Wildlife Service, REF: Public Notice NAE-2004-2355 | 001229 |
|---|---|---|---|
| 96. | 02/16/2006 | Email from V. Malkoski to K. Adams Re: Weaver's Cove Revised Ship Plans | 001233 |
| 97. | 02/16/2006 | Email from P. Colarusso to V. Malkoski Re: Weaver's Cove Revised Ship Plans | 001235 |
| 98. | 02/23/2006 | Conservation Law Foundation, "CLF Demands Review of Significant Changes to Fall River LNG Project: Weaver's Cove Project Plans Now to Substantially Differ from the Proposal Approved by FERC in July 2005" | 001238 |
| 99. | 03/14/2006 | Statement By: Congressman Frank.   Wild and Scenice River Stewardship Council Meeting | 001240 |
| 100. | 04/07/2006 | Commonwealth of Massachusetts, Division of Marine Fisheries, re: Weaver's Cove LNG Import Terminal Project Final Environmental Impact Report | 001241 |
| 101. | 04/07/2006 | Email from V. Malkoski to P. Colarusso Re: Weaver's Cove | 001246 |
| 102. | 04/14/2006 | U.S. Department of Commerce, National Oceanic and Atmospheric Administration RE: Weaver's Cove Energy LNG Project; Final Environmental Impact Report | 001250 |
| 103. | 04/21/2006 | Email from T. Barten to V. Lang Re: Weaver's Cove energy, USFW Anadromous Fish Recommendations | 001252 |
| 104. | 04/24/2006 | Email from V. Lang to W. Neidermyer et al Re: Fw: Weaver's Cove energy, USFW Anadromous Fish Recommendations | 001254 |
| 105. | 04/24/2006 | Email from D. French to V. Lang et al Re: Fw: Weaver's Cove energy, USFW Anadromous Fish Recommendations | 001256 |
| 106. | 04/24/2006 | Email from K. Lesser to V. Lang Re: Dredge Report | 001259 |
| 107. | 04/24/2006 | Fax from K. Lesser to V. Lang Re: Weaver's Cove Energy, Dredge Report | 001260 |
| 108. | 04/25/2006 | Narragansett Bay Keeper, "Rally Against Weaver's Cove" | 001267 |
| 109. | 04/25/2006 | Email from V. Lang to W. Neidermyer et al. Re: Fw: Weaver's Cove energy, USFW Anadromous Fish Recommendations | 001269 |
| 110. | 04/27/2006 | Email from T. Barten to V. Lang re: FW: Grain size data/ASA modeling | 001271 |
| 111. | 04/28/2006 | Email from T. Lento to J. Fosburgh Re: WCE LNG Project.  Jurisdiction of DOI | 001274 |
| 112. | 05/01/2006 | Email from T. Barten to V. Lang re: FW: FW: Grain size data/ASA modeling | 001286 |
| 113. | 05/01/2006 | Email from M. Thabault to M. Bartlett Re: Fw: ACTION: Weaver's Cove Energy | 001292 |
| 114. | 05/02/2006 | Joe McKeon, USFWS, Review: Weaver's Cove Dredging Program, Anadromous Fish Species | 001296 |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 115. | 05/03/2006 | Email from V. Lang to W. Neidermyer Re: new TU "status of Eastern Brook Trout in MA" document | **001301** |
|---|---|---|---|
| 116. | 05/04/2006 | Email from W. Neidermyer to M. Bartlett Re: FW: ACTION: Weaver's Cove Energy | **001305** |
| 117. | 05/09/2006 | Email from J. Dube to M. Bartlett et al Re: Letter | **001309** |
| 118. | 05/10/2006 | Email from V. Lang to T. Barten re: Weaver's Cove Dredging Program | **001316** |
| 119. | 05/11/2006 | Email from V. Lang to T. Lento et al. Re: Fw: Weaver's Cove Dredging Program | **001321** |
| 120. | 05/11/2006 | Email from V. Lang to M. Bartlett et al. Re: Fw: Weaver's Cove Dredging Program | **001326** |
| 121. | 05/11/2006 | Email from T. Barten to V. Lang re: Weaver's Cove | **001331** |
| 122. | 05/12/2006 | Email from V. Lang to T. Barten et al. Re: Fw: Weaver's Cove Dredging Program | **001332** |
| 123. | 05/12/2006 | Email from T. Barten to V. Lang RE: Weaver's Cove Dredging Program | **001337** |
| 124. | 05/12/2006 | Email from V. Lang to M. Bartlett et al Re: Fw: Weaver's Cove Dredging Program | **001342** |
| 125. | 05/12/2006 | Email from V. Lang to W. Neidermyer et al Re: Fw: Weaver's Cove Dredging Program | **001351** |
| 126. | 05/12/2006 | Email from V. Lang to J. Dube et al Re: Fw: Weaver's Cove Dredging Program | **001357** |
| 127. | 05/15/2006 | Email from B. Kiely to V. Lang Re: Weaver's Cove | **001362** |
| 128. | 05/15/2006 | Email from M. Thabault to B. Kiely Re: Fw: Weaver's Cove | **001363** |
| 129. | 05/15/2006 | Email from M. Bartlett to V. Lang et al Re: Fw: Weaver's Cove | **001365** |
| 130. | 05/15/2006 | Email from B. Kiely to M. Bartlett et al RE: Weaver's Cove | **001367** |
| 131. | 05/15/2006 | Email from M. Thabault to M. Bartlett Re: Fw: Weaver's Cove | **001369** |
| 132. | 05/17/2006 | Email from M. Barltett to V. Lang Re: Fw: Weaver's Cove | **001372** |
| 133. | 05/18/2006 | Email from B. Kiely to M. Bartlett et al Re: Weaver's Cove | **001375** |
| 134. | 05/22/2006 | Email from M. Bartlett to B. Kiely re: Weaver's Cove | **001377** |
| 135. | 05/22/2006 | Email from B. Kiely to M. Bartlett Re: Weaver's Cove | **001380** |
| 136. | 05/23/2006 | Email from M. Bartlett to B. Kiely Re: Weaver's Cove | **001383** |
| 137. | 05/25/2006 | Email from V. Lang to B. Kiely Re: Weaver's Cove | **001387** |
| 138. | 05/25/2006 | Email from J. Dube to V. Lang Re: Weaver's Cove | **001389** |
| 139. | 05/25/2006 | Email from M. Thabault to B. McIntosh and J. Fosburgh Re: WSRA white paper | **001391** |
| 140. | 05/26/2006 | Email from M. Bartlett to M. Thabault et al Re: Fw: Weaver's Cove | **001392** |
| 141. | 05/30/3006 | Emil from V. Lang to P. Calarusso et al. Re: Fw: Weaver's Cove | **001393** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 142. | 06/2006(est) | WCE, The Wild and Scenic Rivers Act Affords the DOI No Jurisdiction to Block or Otherwise Burden the WCE LNG Project | **001395** |
|------|--------------|---|---|
| 143. | 06/05/2006 | Email from C. Roman to J. Fosburgh Re: Anadromous Fish Protection Issue | **001399** |
| 144. | 06/05/2006 | Email from B. Letcher to J. Fosburgh Re: Anadromous Fish Protection Issues | **001401** |
| 145. | 06/08/2006 | Weaver's Cove Energy, LLC "Proposed Balanced Dredging Mitigation Plan" | **001403** |
| 146. | 06/08/2006 | Memorandum from B. Kielty to M. Thabault Re: E-mail dated May 11, 2006 | **001412** |
| 147. | 06/12/2006 | Email from M. Thabault to M. Bartlett et al Re: Weaver's Cove letter | **001478** |
| 148. | 06/14/2006 | Email from B. Lechter to J. Fosburgh Re: Weaver's Cove Dredging Program | **001479** |
| 149. | 06/16/2006 | Email from M. Thabault to B. Kiely et al Re: Weaver's Cove Response to DOI's May 10 E-mail | **001486** |
| 150. | 06/20/2006 | Email from B. McIntosh to J. Fosburgh Re: WCE LNG met with USFWS | **001487** |
| 151. | 06/26/2006 | Email from M. Thabault to M. Bartlett et al. | **001488** |
| 152. | 06/26/2006 | Email from V. Lang to J. Fosburgh re: Fw: Final Thoughts on Weaver's Cove | **001489** |
| 153. | 07/05/2006 | Email from Charles Roman to J. Fosburgh Re: Anadromous Fish Protection Issue | **001491** |
| 154. | 07/05/2006 | Email from Charles Roman to J. Fosburgh Re: Anadromous Fish Protection Issue | **001494** |
| 155. | 07/11/2006 | Email from V. Lang to J. Fosburgh re: Fw: Weavers Cove | **001497** |
| 156. | 07/28/2006 | The Commonwealth of Massachusetts, Certificate of the Secretary of Environmental Affairs on the Supplemental Final Environmental Impact Report | **001504** |
| 157. | 07/28/2006 | Weaver's Cove Energy LNG Import Terminal Proposal Taunton River, Massachusetts Chronology of Issues | **001515** |
| 158. | 08/21/2006 | Email from J. Tilmant to V. Lang re: Weaver's Cove LNG Facility – Taunton River | **001519** |
| 159. | 08/22/2006 (date printed) | USGS Conte Anadromous Fish Research Center, Ecology Section | **001520** |
| 160. | 08/22/2006 (date printed) | R.A. Curry Biography | **001525** |
| 161. | 08/28/2006 | Email from M. Bartlett to J. Fosburgh et al Re: Weaver's Cove | **001529** |
| 162. | 09/05/2006 | Email from J. Tilmant to B. McIntosh et al, Re: Proposed Taunton River LNG Facility Studies | **001530** |
| 163. | 09/13/2006 | Fax from M. Jones, FWS Director's Office to M. Moriarty, FWS Region 5 | **001533** |
| 164. | 09/15/2006 | Email from M. Bartlett to V. Lang et al. re: Fw: Weaver's Cove Project | **001538** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 165. | 09/15/2006 | Email from M. Bartlett to B. McIntosh et al. re: Fw: Weaver's Cove Project | **001542** |
|---|---|---|---|
| 166. | 09/15/2006 | Email from J. Fosburgh to J. Tilmant et al. Re: Proposed Taunton River LNG Facility Studies | **001546** |
| 167. | 09/15/2006 | Email from B. Letcher to J. Fosburgh re: Proposed Taunton River LNG Facility Studies | **001550** |
| 168. | 09/15/2006 | Email from M. Bartlett to J. Fosburgh re: Latest draft --- Weaver's Cove letter | **001555** |
| 169. | 09/15/2006 | Fax from Steve Martin to Bob McIntosh Re: Weaver's Cove LNG Project | **001565** |
| 170. | 09/19/2006 | Email from M. Bartlett to B. McIntosh et al. Re: Fw: FAX from Marshall re Weaver's Cove | **001578** |
| 171. | 09/20/2006 | Draft letter from D. Verhey to B. Kiely | **001584** |
| 172. | 09/20/2006 | Email from T. Lento to J. Fosburgh re: WCE – letter from USCG on schedule | **001585** |
| 173. | 09/20/2006 | Email from V. Lang to R. Gagon Re: Fw: Weaver's Cove Dredging Program | **001588** |
| 174. | 09/21/2006 | Email from M. Bartlett to J. Underwood et al re: Weaver's Cove draft response | **001593** |
| 175. | 09/21/2006 | Email from M. Bartlett to V. Lang et al. Re: Weaver's Cove draft response | **001596** |
| 176. | 09/22/2006 | Letter from M. Moriarty to B. Kiely | **001600** |
| 177. | 09/22/2006 | Fax of Letter from M. Moriarty to B. Kiely | **001601** |
| 178. | 09/25/2006 | Email from J. Tilmant to J. Fosburgh Re: Possible LNG Meeting | **001602** |
| 179. | 09/25/2006 | Email from M. Bartlett to J. Fosburgh Re: Fw: Weaver's Cove draft response | **001608** |
| 180. | 09/27/2006 | Email from V. Lang to J. Fosburgh Re: Oct. 4 meeting | **001609** |
| 181. | 09/28/2006 | Email from V. Lang to J. Fosburgh et al. Re: Weaver's Cove mitigation proposal Re: Oct. 4 meeting | **001610** |
| 182. | 10/02/2006 | Email from P. Colarusso to J. Fosburgh re: Draft Agenda – Taunton R. Diadromous Fish Mtg Oct 4 | **001621** |
| 183. | 10/03/2006 | Email from T. Lento to J. Fosburgh re: Draft Agenda – Taunton R. Diadromous Fish Mtg Oct 4 | **001624** |
| 184. | 10 /04/2006 | Taunton River Anadromous Fish/WCE LNG, Oct 4 Meeting Background and Agenda | **001625** |
| 185. | 10/04/2006 | Notes from Weaver's Cove meeting 10/04/2006 | **001626** |
| 186. | 10/05/2006 | Email from M. Bartlett to J. Fosburgh re: rough notes | **001629** |
| 187. | 10/05/2006 | Email from M. Bartlett to J. Fosburgh re: rough notes | **001632** |
| 188. | 10/05/2006 | Email from M. Bartlett to J. Fosburgh re: WCE Talking Pts | **001636** |
| 189. | 10/05/2006 | Email from M. Bartlett to J. Fosburgh re: 2nd draft – talking points | **001639** |
| 190. | 10/05/2006 | Email from M. Bartlett to B. Kiely Re: Talking Points for October 10 meeting | **001641** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 191. | 10/05/2006 | Email from B. McIntosh to D. Wenk et al. Re: Taunton WSR Study and the proposed LNG Weavers Cove project | **001643** |
|------|------------|---------------------------------------------------------------------------------------------------------|------------|
| 192. | 10/05/2006 | Email from B. McIntosh to L. Dietrich et al. Re: Fw: Taunton WSR Study and the proposed LNG Weavers Cove project | **001644** |
| 193. | 10/10/2006 | WCE Draft Talking Points | **001645** |
| 194. | 10/11/2006 | Letter from US Senators Reed, Kennedy, and Kerry to Dirk Kempthorne, Sec DOI | **001647** |
| 195. | 10/11/2006 | Email from V. Lang to M. Bartlett et al. Re: Fw: Principal Brief in WCE LNG appeal | **001649** |
| 196. | 10/11/2006 | Email from J. Tilmant to J. Fosburch Re: Fw: Weaver's Cove conference call Follow-up to 10/10/06 meeting | **001729** |
| 197. | 10/11/2006 | Email from M. Bartlett to J. Fosburgh Re: 10/4/06 meeting notes | **001731** |
| 198. | 10/12/2006 (dated printed) | Op-Ed "Brayton Point Power Plant: Weigh Costs to Benefits" | **001735** |
| 199. | 10/12/2006 (dated printed) | Environmental Consulting Insights "Substratum Intake System: An Innovative Water Intake System for Power Generation Facilities" | **001738** |
| 200. | 10/12/2006 | Email from V. Lang to M. Bartlett et al. Re: Copy of Fall River et al. Brief | **001742** |
| 201. | 10/12/2006 | Email from J. Tilmant to J. Fosburgh Re: Taunton River LNG Facility | **001813** |
| 202. | 10/13/2006 | Letter from Congressman Barney Frank to Dirk Kempthorne, DOI | **001816** |
| 203. | 10/13/2006 | Email from J. Tilmant to J. Fosburgh Re: bio-monitoring component | **001817** |
| 204. | 10/13/2006 | Email from M. Bartlett to B. McIntosh et al. Re: Fw: Weaver's Cove Conference Call – Oct. 17 | **001818** |
| 205. | 10/16/2006 | Email from P. Colarusso to J. Fosburgh Re: intake screening | **001820** |
| 206. | 10/16/2006 | Email from J. Tilmant to P. Colarusso Re: intake screening | **001823** |
| 207. | 10/17/2006 | Email from M. Thabault to D. Rothstein Re: Weaver's Cove Response | **001824** |
| 208. | 10/17/2006 | Email from P. Colarusso to M. Bartlett et al. Re: Fw: 2 interesting news items about Weavers Cove LNG | **001828** |
| 209. | 10/17/2006 | Email from B. Letcher to J. Tilmant et al. Re: Fw: The Herald News – News – 10/17/2006 – Frank accuses DOI, Weaver's Cove of collusion | **001830** |
| 210. | 10/17/2006 | The Herald News Online "Frank accuses DOI, Weaver's Cove of collusion" | **001833** |
| 211. | 10/17/2006 | Letter from Baker Botts, LLP to Sec'y Kempthorne, DOI, Re: Weaver's Cove Energy, LLC | **001835** |
| 212. | 10/17/2006 | The Herald News Online, "Frank Accuses DOI, Weaver's Cove of collusion" | **001838** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 213. | 10/18/2006 | Letter from Congressman Barney Frank to Earl E. Devaney, Inspector General | **001841** |
|------|------------|---------------------------------------------------------------------------|------------|
| 214. | 10/19/2006 | Email from M. Thabault to M. Bartlett et al. Re: Weavers Cove schedule | **001842** |
| 215. | 10/19/2006 | Email from J. Tilmant to J. Fosburgh Re: Fw: Weavers Cove schedule | **001843** |
| 216. | 10/20/2006 | Email from B. Letcher to J. Tilmant et al. Re: Fw: Weavers Cove schedule | **001845** |
| 217. | 10/20/2006 | Fax of Letter from B. Kiely to Sec'y Kempthorne and The Herald News | **001848** |
| 218. | 10/25/2006 | Weaver's Cove "Framing the Scope of the Issue Being Discussed by DOI and WCE" | **001854** |
| 219. | 10/25/2006 | Weaver's Cove Energy, LLC "Proposed Balanced Dredging Mitigation Plan" | **001891** |
| 220. | 10/25/2006 | Weaver's Cove Energy, LLC "Proposed Balanced Dredging Mitigation Plan" | **001905** |
| 221. | 10/25/2006 | Weaver's Cove Energy, LLC "Proposed Dredging Mitigation Plan" Compared to original June 8 Plan | **001919** |
| 222. | 10/25/2006 | Fax from B. Kiely to M. Thabault Re: Weaver's Cove most recent proposal | **001941** |
| 223. | 10/26/2006 | Memorandum from B. Kiely to M. Bartlett Re: Weaver's Cove Energy | **001961** |
| 224. | 10/26/2006 | Email from B. Letcher to J. Tilmant et al Re: draft outline | **002044** |
| 225. | 10/26/2006 | Email from B. Letcher to J. Tilmant et al Re: draft outline | **002046** |
| 226. | 10/27/2006 | Emil from T. Tilmant to B. Letcher Re: draft outline | **002048** |
| 227. | 11/01/2006 | Email from M. Thabault to M. Bartlett  re: Fw: Weaver's Cove Energy | **002050** |
| 228. | 11/02/2006 | Email from M. Bartlett to J. Fosbrugh et al Re: Fw: Weaver's Cove Energy | **002054** |
| 229. | 11/02/2006 | Email from V. Lang to Mike Bartlett et al. Re: CLF FOIA | **002076** |
| 230. | 11/03/3006 | Email from V. Lang to P. Colarusso et al Re: Fw: NMFS mtg on for Nov 16 | **002083** |
| 231. | 11/03/2006 | Email from V. Lang to V. Malkoski et al. Re: NMFS mtg on for Nov 16 | **002084** |
| 232. | 11/06/2006 | Email from M. Bartlett to J. Fosburgh Re: Fw: weavers cove chronology | **002085** |
| 233. | 11/07/2006 | Email from M. Bartlett to B. McIntosh Re: Fw: weavers cove chronology | **002089** |
| 234. | 11/09/2006 | Email from B. Letcher to J. Fosburgh Re: Draft | **002094** |
| 235. | 11/13/2006 | Email from J. Tilmant to J. Fosburgh Re: Response to WCE's latest | **002101** |
| 236. | 11/14/2006 | Email from J. Tilmant to J. Fosburgh Re: Literature Cited | **002107** |
| 237. | 11/14/2006 | Email from B. Letcher to J. Fosburgh et al. Re: Response to WCE's latest | **002109** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 238. | 11/15/2006 | Email from V. Lang to J. Fosburgh et al Re: Comments on WCE 10/25/06 mitigation plan | **002111** |
|------|-----------|------------------------------------------------------------------------|------------|
| 239. | 11/15/2006 | Email from J. Tilmant to V. Lang Re: Comments on WCE 10/25/206 mitigation plan | **002117** |
| 240. | 11/15/2006 | Letter from Baker Botts, LLP to M. Thabault Re: Weaver's Cove Energy, LLC | **002118** |
| 241. | 11/15/2006 | Weaver's Cove Energy, LLC "Proposed Biomonitoring As Supplement to Proposed Balanced Mitigation Plan of October 25, 2006" | **002140** |
| 242. | 11/15/2006 | Memorandum from V. Lang to J. Fosburgh Re: Weaver's Cove Energy, October 25, 2006 Proposed Mitigation Plan | **002151** |
| 243. | 11/15/2006 | Memorandum from V. Lang to J. Fosburgh Re: Weaver's Cove Energy, October 25, 2006 Proposed Mitigation Plan | **002156** |
| 244. | 11/15/2006 | Email from M. Thabault to M. Bartlett re: Fw: Weaver's Cove Energy, LLC | **002161** |
| 245. | 11/16/2006 | Email from M. Bartlett to V. Lang et al Re: Fw: Weaver's Cove Energy, LLC | **002163** |
| 246. | 11/16/2006 | Email from M. Bartlett to V. Lang et al Re: quick edits | **002166** |
| 247. | 11/16/2006 | Email from J. Fosburgh to B. McIntosh et al Re: WCE Taunton call 8:30 11/17 | **002177** |
| 248. | 11/17/2006 | Email from M. Bartlett to J. Fosburgh et al Re: | **002179** |
| 249. | 11/17/2006 | Email from V. Lang to J. Fosburgh et al Re: Fw: Weaver's Cove Energy, LLC | **002188** |
| 250. | 11/20/2006 | Email from M. Bartlett to J. Fosburgh et al Re: Fw: my edits | **002212** |
| 251. | 11/21/2006 | Email from R. Bennett to M. Jones re: Weaver's Cove update | **002222** |
| 252. | 11/21/2006 | Email from R. Bennett to M. Jones re: Weaver's Cove | **002223** |
| 253. | 11/21/2006 | Email from R. Bennett to M. Jones Re: Fw: Weaver's Cove | **002225** |
| 254. | 11/21/2006 | Email from M. Bartlett to J. Fosburgh et al Re: final edits | **002228** |
| 255. | 11/21/2006 | Email from V. Lang to M. Bartlett et al Re: Fw: Weaver's Cove Mitigation Plans | **002238** |
| 256. | 11/21/2006 | Email from M. Bartlett to V. Lang et al Re: Fw: Edits on Details section of the Weavers cove mitigation plan | **002252** |
| 257. | 11/22/2006 | Email from M. Bartlett to M. Thabault re: WCE mitigation plan edit follow-up | **002263** |
| 258. | 11/22/2006 | Email from J. Tilmant to J. Fosburgh re: Fw: WCE mitigation plan edit follow-up | **002273** |
| 259. | 11/22/2006 | Email from B. McIntosh to J. Fosburgh Re: WCE mitigation plan edit follow-up | **002275** |
| 260. | 11/26/2006 | Email from B. Kiely to M. Thabault Re: Operational document for your consideration | **002277** |
| 261. | 11/27/2006 | Email from M. Bartlett to V. Lang et al. Re: Fw: Operational document for your consideration | **002279** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 262. | 11/27/2006 | Email from V. Lang to J. Fosburgh et al. Re: Questions the biomonitoring plan need answer | **002290** |
|---|---|---|---|
| 263. | 11/28/2006 | Email from M. Bartlett to V. Lang et al Re: Fw: News Clipping November 18-27, 2006 | **002291** |
| 264. | 11/28/2006 | Email from J. Fosburgh to V. Lang Re: Questions the biomonitoring plan needs to answer | **002311** |
| 265. | 11/29/2006 | Email from M. Thabault to M. Bartlett Re: Fw: Weaver's Cove Proposal | **002313** |
| 266. | 11/29/2006 | Email from M. Bartlett to V. Lang et al Re: Weaver's Cove Proposal | **002327** |
| 267. | 11/29/2006 | Email from M. Bartlett to V. Lang et al Re: Fw: Weaver's Cove Proposal | **002345** |
| 268. | 11/29/2006 | Email from M. Thabault to B. Kiely Re: Weaver's Cove Proposal | **002348** |
| 269. | 11/29/2006 | Email from M. Bartlett to V. Lang et al Re: Fw: Weaver's Cove Proposal | **002349** |
| 270. | 11/29/2006 | Email from M. Bartlett to M. Thabault Re: Response to Bruce Kiely | **002351** |
| 271. | 11/29/2006 | Email from M. Barlett to J. Fosburgh et al Re: Fw: Weaver's Cove | **002352** |
| 272. | 11/29/2006 | Email from B. Kiely to M. Thabault Re: Weaver's Cove Proposal | **002359** |
| 273. | 11/29/2006 | Email from M. Bartlett to V. Lang et al Re: Fw: Weaver's Cove Proposal | **002360** |
| 274. | 11/29/2006 | Email from M. Bartlett to M. Thabault Re: Fw: Weaver's Cove  Proposal | **002362** |
| 275. | 12/2006(est) | J. Tilmant Notes | **002364** |
| 276. | 12/2006 (est) | J. Tilmant Notes | **002367** |
| 277. | 12/2006 (est) | J. Tilmant Notes | **002369** |
| 278. | 12/01/2006 | Email from M. Bartlett to V. Lang et al Re: Fw: Kiely | **002374** |
| 279. | 12/04/2006 | Email from M. Bartlett to M. Thabault Re: Meeting with Weavers Cove | **002377** |
| 280. | 12/05/2006 | Email from M. Bartlett to V. Lang et al. Re: Fw: Weavers Cove confirmed | **002378** |
| 281. | 12/05/2006 | Email from J. Tilmant to J. Fosburgh Re: Questions the biomonitoring plan needs to answer | **002379** |
| 282. | 12/05/2006 | Email from J. Tilmant to V. Lang Re: Questions the biomonitoring plan needs to answer | **002382** |
| 283. | 12/06/2006 | Email from J. Fosburgh to J. Tilmant Re: Questions the biomonitoring plan needs to answer | **002384** |
| 284. | 12/06/2006 | Email from J. Tilmant to J. Fosburgh Re: buying out the opposition | **002385** |
| 285. | 12/06/2006 | Email from M. Bartlett to V. Lang et al. Re: Fw: Weaver's Cove Energy | **002386** |
| 286. | 12/06/2006 | Email from L. Percival to K. King Re: FW: Weaver's Cove Energy Dredging Mitigation Plan | **002419** |
| 287. | 12/06/2006 | Proposed Dredging Mitigation Plan | **002451** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 288. | 12/06/2006 | Baker Botts LLP Re: Weaver's Cove/Department of the Interior Resolution of Issues Arising from NPS' February 7, 2006 Comment Letter to USACE | **002479** |
|---|---|---|---|
| 289. | 12/06/2006 | Baker Botts LLP Re: Weaver's Cove/Department of the Interior Resolution of Issues Arising from NPS' February 7, 2006 Comment Letter to USACE | **002499** |
| 290. | 12/07/2006 | Email from M. Bartlett to V. Lang et al Re: Pre-meeting Weaver's Cove conference call | **002530** |
| 291. | 12/08/2006 | Letter US Deptment of the Interior to Senator Reed, Kennedy and Kerry | **002531** |
| 292. | 12/11/2006 | Email from J. Tilmant to J. Fosburgh re: WCE coord call, Tu am, 10:00 | **002535** |
| 293. | 12/13/2006 | Email from B. McIntosh to J. Fosburgh re: WCE biological monitoring call th, 2:00pm | **002537** |
| 294. | 12/14/2006 | Email from J. Fosburgh to J. Fosburgh et al re: Biomonitoring Scope consideration | **002538** |
| 295. | 12/14/2006 | Email from M. Thabault to J. Fosburgh et al Re: Biomonitoring Scope consideration | **002545** |
| 296. | 12/14/2006 | Email from B. Kiely to M. Bartlett Re: next draft | **002546** |
| 297. | 12/15/2006 | Confidential for Settlement Discussion Purposes Only. Proposed Dredging Mitigation Plan | **002547** |
| 298. | 12/15/2006 | Email from B. McIntosh to J. Fosburgh Re: WCE update | **002557** |
| 299. | 12/15/2006 | Email from M. Thabault to A. Raddant re: Fw: Biomonitoring Scope considerations | **002558** |
| 300. | 12/15/2006 | Email from B. Kiely to M. Thabault re: Weaver's Cove Energy Proposed Dredging Mitigation Plan | **002564** |
| 301. | 12/15/2006 | Weaver's Cove Energy, LLC, Proposed Dredging Mitigation Plan Red-Lined Version of 12/15/06 to 12/06/06 Version | **002566** |
| 302. | 12/18/2006 | Email from M. Thabault to M. Bartlett Re: Fw: Weaver's Cove Energy Proposed Dredging Mitigation | **002582** |
| 303. | 12/18/2006 | Email from B. McIntosh to J. Fosburgh Re: Fw: Weaver's Cove Energy Proposed Dredging Mitigation Plan | **002584** |
| 304. | 12/18/2006 | Email from B. McIntosh to J. Fosburgh Re: WCove | **002586** |
| 305. | 12/19/2006 | Email from J. Fosburgh to J. Tilmant Re: Fw: Weaver's Cove Energy Proposed Dredging Mitigation Plan | **002587** |
| 306. | 12/19/2006 | Email from J. Tilmant to J. Fosburgh Re: Fw: Weaver's Cove Energy Proposed Dredging Mitigation Plan | **002590** |
| 307. | 12/19/2006 | Email from J. Tilmant to J. Fosburgh re: 4:00 Taunton/WCE call, Wed 12/20 | **002593** |
| 308. | 12/19/2006 | J. Tilmant Notes (w/ attachment) | **002594** |
| 309. | 12/21/2006 | Email from V. Lang to J. Fosburgh et al Re: Fw: Dredging window and alosid data | **002599** |
| 310. | 12/21/2006 | Email from J. Fosburgh to J. Tilmant Re: Fw: RITE Project Jan. study kickoff meeting and distribution of study plans | **002603** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 311. | 12/22/2006 | Email from J. Tilmant to J. Fosburgh Re: draft Kiely email cover note | **002673** |
|------|------------|---------------------------------------------------------------------|------------|
| 312. | 12/26/2006 | Email from B. McIntosh to J. Fosburgh et al Re: Weaver's Cove Discussion Follow-up | **002675** |
| 313. | 12/27/2007 | Email from J. Fosburgh to M. Bartlett et al. Re: Fw: Weaver's Cove Discussion Follow-up | **002680** |
| 314. | 01/03/2007 | Email from M. Thabault to M. Bartlett Re: E-mail threads on WC | **002686** |
| 315. | 01/08/2007 | Letter from B. Kiely to B. McIntosh re: Weaver's Cove Energy, LLC | **002694** |
| 316. | 01/10/2007 | Letter from Earl E. Devaney to Hon. Barney Frank | **002695** |
| 317. | 01/23/2007 | Letter from NMFS to B. Kiely re Weaver's Cove Energy, LLC Proposed Balanced Dredging Mitigation Plan | **002697** |
| 318. | 01/23/2007 | Email from B. McIntosh to J. Fosburgh Re: fyi WCE | **002698** |
| 319. | 02/07/2007 | Email from M. Thabault to M. Bartlett et al Re: Fw: Meeting on WCE project to discuss mitigation | **002699** |
| 320. | 02/12/2007 | Email from T Lento to V. Lang et al Re: Meeting on WCE project to discuss mitigation and time of year requirements on dredging | **002700** |
| 321. | 02/13/2007 | Email from L. Chiarella to T. Lento | **002702** |
| 322. | 02/13/2007 | Email from J. Tilment to J. Fosburgh Re: Dredging restrictions suggested by NMFS | **002704** |
| 323. | 02/13/2007 | Seasonal Dredging Restrictions as suggested by NMFS | **002705** |
| 324. | 02/14/2007 | Email from T. Lento to T. Lento et al Re: Meeting on WCE project to discuss mitigation and time of year requirements on dredging | **002706** |
| 325. | 02/15/2007 | Email from Vern Lang to J. Fosburgh Re: info request | **002707** |
| 326. | 02/15/2007 | Email from Phil Colarusso to Vern Lang re: info request | **002709** |
| 327. | 02/16/2007 | Email from J. Tilmant to J. Fosburgh Re: Meeting on WCE Project | **002711** |
| 328. | 02/16/2007 | Email from Jim Tilmant to J. Fosburgh re: Meeting on WCE Project | **002712** |
| 329. | 02/21/2007 | Letter from B. Kiely to M. Bomar Re: Request for Meeting | **002714** |
| 330. | 02/21/2007 | Email from M. Thabault to M. Bartlett Re: Fw: Request for Meeting | **002716** |
| 331. | 02/21/2007 | Email from Bob McIntosh to Dan Wenk Re: request for Meeting w/ Director by WCE | **002720** |
| 332. | 02/22/2007 | Email from Chris Boelke to J. Fosburgh re: info request | **002722** |
| 333. | 02/22/2007 | Email from Dan Wenk to Bob McIntosh Re: Request for Meeting w/ Director | **002723** |
| 334. | 02/22/2007 | Email from Leslie Dietrich to J. Fosburgh Re: More on Kiely Request for Meeting | **002725** |
| 335. | 02/23/2007 | Email from Bob McIntosh to J. Fosburgh Re: Request for Meeting | **002727** |
| 336. | 02/23/2007 | Email from Bob McIntosh to J. Fosburgh Re: Request for Meeting with Director | **002729** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 337. | 02/23/2007 | Email from V. Lang to Ted Lento Re: Meeting on WCE Project | **002731** |
|------|------------|------------------------------------------------------------|------------|
| 338. | 03/02/2007 | Email from Jim Tilmant to J. Fosburgh Re: WCE Response Draft | **002733** |
| 339. | 03/02/2007 | Draft Response letter to Bruce Kiely | **002735** |
| 340. | 03/05/2007 | Email from B. McIntosh to J. Fosburgh Re: WCE response draft | **002736** |
| 341. | 03/05/2007 | Email from B. McIntosh to J. Fosburgh Re: federal agency authorities | **002740** |
| 342. | 03/06/2007 | Email from Bob McIntosh to J. Fosburgh Re: federal agency authorities | **002749** |
| 343. | 03/06/2007 | Email from T. Lento to T. Lento et al Re: CANCELLATION of Meeting on WCE project to discuss mitigation and time of year requirements on dredging | **002750** |
| 344. | 03/08/2007 | Email from Ted Lento to J. Fosburgh Re: WSRA authority under the Taunton River WSRA Study | **002751** |
| 345. | 03/09/2007 | Email from Vincent Malkoski to Ted Lento Re: cancellation of Meeting on WCE Project | **002752** |
| 346. | 03/14/2007 | Email from Bob McIntosh to Mike Soukup et al. Re: Phone Message from Bruce Kiely | **002753** |
| 347. | 03/14/2007 | Email from Bob McIntosh to J. Fosburgh Re: Phone Message from Bruce Kiely | **002754** |
| 348. | 03/15/2007 | Draft Response Letter to Mr. Kiely | **002756** |
| 349. | 03/15/2007 | Email from Bob McIntosh to Mike Soukup et al. Re: Draft letter response to Mr. Kiely | **002758** |
| 350. | 03/21/2007 | Briefing Paper: Taunton Wild and Scenic River – Weaver's Cove LNG Facility Proposal Science Related to Fish Concerns | **002767** |
| 351. | 03/23/2007 | Email from J. Tilmant to Bob McIntosh and J. Fosburgh Re: Briefing Paper on Science of Taunton R. | **002773** |
| 352. | 03/26/2007 | Email from J. Tilmant to J. Fosburgh Re: Science Briefing Statement | **002774** |
| 353. | 04/01/2007 | Email from B. McIntosh to Leslie Dietrich Re: WCE Letter | **002781** |
| 354. | 05/03/2007 | Weaver's Cove Energy, LLC.  Meeting with Dan Wenk, United States Park Service. | **002784** |
| 355. | 05/09/2007 | U.S. Coast Guard preliminary assessment | **002884** |
| 356. | 05/15/2007 | Email from Vern Lang to J. Fosburgh et al. Re: Coast Guard Letter | **002900** |
| 357. | 05/18/2007 | Email from R. Lehan to R. Gagon et al Re: Postponement of 5/23 meeting on Weaver's Cove Project | **002917** |
| 358. | 05/30/2007 | Save the Bay News "Coast Guard Sinks Weaver's Cove LNG" | **002918** |
| 359. | 06/04/2007 | "Mass. Agency halts review of LNG plant for Fall River", AP | **002919** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 360. | 06/04/2007 | Letter from the Commonwealth of Mass, EOEA, DEP to Ted Gehrig, WCE | **002920** |
|---|---|---|---|
| 361. | 06/08/2007 | Email from J. Tilmant to M. Soukup re: Taunton River LNG Proposal | **002923** |
| 362. | 06/08/2007 | Email from J. Tilmant to J. Fosburgh Re: extra bullets | **002926** |
| 363. | 06/08/2007 | Talking Point for Deputy Director Wenk Ref: Taunton River Proposed LNG Terminal Facility | **002929** |
| 364. | 06/2007 | National Park Service, Dept. of the Interior, "Taunton Wild and Scenic River Study, Draft Report and Environmental Assessment" | **002931** |
| 365. | 06/27/2007 | Email from M. Thabault to A. Hoar Re: Fw: Need insert for the record on Weaver's Cove LNG facility MA/RI | **003017** |
| 366. | 06/27/2007 | Email from V. Lang to S. Guertin Re: Need insert for record on Weaver's Cove LNG facility MA/RI | **003019** |
| 367. | 06/27/2007 | Email from M. Thabault to V. Lang et al Re: Need insert for record on Weaver's Cove LNG facility MA/RI | **003024** |
| 368. | 06/27/2007 | Email from Bob McIntosh to Sharon Kliwinski Re: Taunton River Briefing | **003031** |
| 369. | 06/29/2007 | Email from B. McIntosh to J. Fosburgh re: Taunton | **003034** |
| 370. | 07/2007 | Draft letter to Bruce Kiely | **003038** |
| 371. | 07/2007 | Draft letter to Bruce Kiely | **003039** |
| 372. | 07/2007 | Draft letter to Bruce Kiely | **003041** |
| 373. | 07/2007 | Draft letter to Bruce Kiely | **003043** |
| 374. | 07/02/2007 | Email from J. Tilmant to J. Fosburgh Re: WCE letter draft | **003045** |
| 375. | 07/10/2007 | Email from B. McIntosh to J. Fosburgh re: wce letter w/SOL comments | **003048** |
| 376. | 07/13/2007 | Draft letter from NPS to B. Kiely | **003049** |
| 377. | 07/17/2007 | Email from B. McIntosh to M. Soukup re: Taunton WSR Study | **003050** |
| 378. | 10/24/2007 | Letter from Roy Nash, US Coast Guard to Gordon Shearer, WCE | **003053** |
| 379. | 12/07/2007 | Letter from Roy Nash, US Coast Guard to Bruce Kiely and Gordon Shearer, WCE | **003067** |
| 380. | 12/14/2007 | Letter from Commonwealth of Mass, EOEA, DEP to Ted Gehrig, WCE | **003073** |
| | | **SCIENTIFIC LITERATURE** | |
| 381. | | BioSonics, Inc. John Hedgepeth, David Fuhriman, William Acker, and Brian McFadden Fish Behavior Measured by a Tracking Radar-Type Acoustic Transducer near Hydroelectric Dams | **003079** |
| 382. | | Brook Trout Natural History | **003113** |
| 383. | | Active Fish Tracking Sonar (AFTS) for Assessing Fish Behavior at The Dalles Dam | **003117** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| | | | |
|---|---|---|---|
| 384. | 05/1958 | Mullan, James W. The Sea-Run or "Salter" Brook Trout fishery of the Coastal Streams of Cape Cod, MA . MA Division of Fisheries and Game. Bulletin Number 17. May 1958 | **003124** |
| 385. | 08/1974 | Curley, John et al. A Study of Marine Resources of the Taunton River and Mt. Hope Bay. MA DNR – Division of Marine Fisheries | **003151** |
| 386. | 1976 | Swenson, William A. and Matson, Melvin L. Influence of Turbidity on Survival, Growth, and Distribution of Larval Lake Herring. Trans. Am. Fish. Soc. | **003191** |
| 387. | 1978 | Auld, A.H. and Schubel, J.R. 1978. Effects of Suspended Sediment on Fish Eggs and Larvae: A Laboratory Assessment. Estuarine and cosatal Marine Science. | **003196** |
| 388. | 1981 | D. W. Johnston and D.J. Wildfish Avoidance of Dredge Spoil by Herring (Clupea harengus harengus) | **003217** |
| 389. | 1981 | Johnston, D. D. and D. J. Wildish. Avoidance of dredge spoil by herring (Clupea harengus harengus) Bull. Environmental Contam. Toxicol. | **003232** |
| 390. | 1982 | Johnston, D. D. and D.J. Wildish. Effect of suspended sediment on feeding by larval herring Bull. Environm. Contam. Toxicol. | **003252** |
| 391. | 1982 | Grandall, K.S. and W. A. Swenson, Responses of brook trout and creek chubs to turbidity. Transactions of the American Fisheries Society. | **003260** |
| 392. | 1982 | Kenneth S. Gradall and William A. Swenson. Response of Brook trout and Creek Chubs to Turbidity. | **003264** |
| 393. | 1983 | Morgan, Raymond P., Et al. Sediment Effects on Eggs and Larvae of Striped Bass and White Perch. Transactions of the American fisheries Society | **003268** |
| 394. | 09/1983 | Pardue, Garland B. September 1983. Habitat Suitability index models: Alewife and Blueback Herring. White paper for USFWS. | **003273** |
| 395. | 1985 | Wildish, D.J. and Power. Avoidance of suspended sediments by smelt as determined by a new "single fish" behavioral bio-essay. Bull. Environ. Contam. Toxicol. | **003305** |
| 396. | 1986 | Glanz-Weiss, Lori S. Species Profiles: Life Histories and Environmental Requirements of Coastal Fishes and Invertebrates (North Atlantic). American Shad. Biological Report | **003311** |
| 397. | 1987 | Cyrus, D.P. and Blaber, S.J.M., The influence of turbidity on juvenile marine fishes in esturaries. Part 2. Laboratory studies, comparison with field data conclusions. J. Exp. Mar. Biol. Ecol., Volume 109 | **003339** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 398. | 1990-2005 | Hurley, Stephen T.  Fisheries Sampling Reports in Taunton River Tributaries.  MA Division of Fisheries and Wildlife. | **003350** |
|------|-----------|------------------------------------------------|------------|
| 399. | 1993 | Chiasson, A.G.  The effects of suspended sediment on rainbow smelt (Osmerus mordax): a laboratory investigation.  Can J. Zool. | **003359** |
| 400. | 10/1993 | Alyre G. Chiasson The effects of suspended sediment on rainbow smelt (Osmerus mordax): a laboratory investigation. | **003365** |
| 401. | 11/1996 | Northern American Journal of Fisheries Management. Volume 16.  Channel Suspended Sediment and Fisheries. A Synthesis for Quantitative Assessment of risk and Impact. | **003371** |
| 402. | 1996 | Sturlaugsson, J. and Johannsson, M.   Migratory Pattern of Wild Sea Trout. | **003406** |
| 403. | 1996 | Newcombe, Charles P., and J.O. T. Jensen, 1996. Channel suspended sediment and fisheries:  A synthesis for quantitative assessment of risk and impact.  North American Journal of Fisheries Management. | **003415** |
| 404. | 1997 | Newcombe, Charles P. Channel suspended Sediment and Fisheries: a concise guide to impacts.  Resource Stewardship Branch.  Ministry of Environment, Lands and Parks.  Victoria, British Columbia.  Draft.  January 1997. | **003460** |
| 405. | 10/1998 | U S Army Corps of Engineers Northwestern Division Anadromous Fish Evaluation Program 1998 Annual Review. | **003497** |
| 406. | 1998 | G. Shepherd; Striped Bass MassWildlife.  NOAA Technical Memorandum NMFS-NE.  Status of the Fishery Resources off the Northeastern United States. | **003499** |
| 407. | 1998 | K. Friedland; Atlantic and Shortnose Sturgeons NOAA Technical Memorandum NMFS-NE.  Status of the Fishery Resources off the Northeastern United States. | **003503** |
| 408. | 1998 | J. Kocik; River Herring NOAA Technical Memorandum NMFS-NE.  Status of the Fishery Resources off the Northeastern United States. | **003507** |
| 409. | 1998 | J. Kocik; American Shad NOAA Technical Memorandum NMFS-NE.  Status of the Fishery Resources off the Northeastern United States. | **003510** |
| 410. | 1999 | Richard R. Doucett:  Identification of Anadromous and Nonanadromous Adult Brook Trout and the Progeny in the Tabusintac River, New Brunswick, by Means of Multiple-Stable-Isotope Analysis. | **003514** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 411. | 2001 | J.B. Hedgepeth, G.E. Johnson, J.R Shalski, J. Burczynski.  Active Fish Tracking Sonar (AFTS) for Assessing Fish Behavior. | **003525** |
|------|------|------|------|
| 412. | 2001 | Biological Effects of Suspended Sediments:  A review of Suspended Sediment Impacts of Fish and Shellfish with Relation to Dredging Activities in Estuaries. | **003531** |
| 413. | 08/2001 | U.S. Army Corps. Of Engineers. Final Environmental Impact Statement:  Providence River and Harbor Maintenance Dredging Project.  New England District.  Concord, MA. (incorporated by reference) | **003553** |
| 414. | 01/2002 | Ben Wilson and Lawrence M. Dill.  Pacific herring respond to simulated odontocete echolocation sounds. | **003556** |
| 415. | 01/2002 | Helge Balk and Torfinn Lindem.  25nd Scandinavian Symposium on Physics Acoustics. Fish detection in rivers with split-beam sonars | **003568** |
| 416. | 2002 | Horgan, Kynard B. M., and Theiss E. 2002.  Spatial Distribution and Jumping of Juvenile Shads in the Connecticut River, Massachusetts during Seaward Migration.  Journal of Ichthyology. | **003574** |
| 417. | 08/09/2002 | MassWildlife, U.S. Fish and Wildlife Service Connecticut River Coordinators Office.  Restoring Migratory Fish to the Connecticut River Basin. | **003582** |
| 418. | 12/2002 | J.C. Svendsen, A. Koed and K. Aarestrup.  Factors influencing the spawning migration of female anadromous brown trout. | **003584** |
|  |  |  |  |
| 419. | 2003 | Berry, W., N. Rubinstein, B. Melzian and B. Hill.  The biological effects of suspended and bedded sediment (SABS) in aquatic systems.  A Review.  Internal report, USEPA, Narragansett Laboratory, Narragansett, RI. | **003598** |
| 420. | 07/2003 | Blueback Catch, Lower Basin of the Charles River, MA. (Data from MRI) | **003667** |
| 421. | 2004 | Sophie Lenormand, Julian J. Dodson, and Annie Menard.  Seasonal and ontogenetic patterns in the migration of anadromous brook charr. | **003669** |
| 422. | 07/31/2004 | Klamath Hydroelectirc Project. FERC Project No. 2082. Hydroacoustic Analysis of Fish Populations in Copco and Iron Gate Reservoirs, California | **003671** |
| 423. | 11/11/2004 | List of Biological References for Fisheries Agencies. | **003715** |
| 424. | 12/2004 | Table prepared by Chris Powell, RI F&W.  Sensitive periods for Early Life History Stages of Narragansett Bay Species with Standard Dredge Window. | **003718** |
| 425. | 2005 | Connor, M., J. Hunt and C. Werme.  White Paper: Potential impacts of dredging on Pacific herring in San Francisco Bay.   Prepared for USACE, South Pacific Division. | **003720** |

Weaver's Cove Energy, LLC v. U.S. Dep't. of the Interior, et al.
07-cv-01525

| 426. | 2005 | John MacMillan and Tara Crandlemere, Inland Fisheries Division.  Nova Scotia Department of Agriculture and Fisheries.  Population parameters of Cape Breton, brook trout populations in River Denys, Lake O'Law Brook of Margaree River, and Cold Brook of Middle River.  Interim draft report. | **003818** |
|---|---|---|---|
| 427. | 04/12/2006 | Maine Department of Inland Fisheries & Wildlife.  Volunteer Angling Survey of Anadromous Brook Trout in Maine. | **003832** |
| 428. | 06/2006 | Schilt, C.R., Escher, C.W., Potential means for ultrasound source localization in herring. | **003834** |
| 429. | 06/2006 | Hatleberg, S.; Stasiak, R. Dredging or Sediment and Freshwater Fish. | **003839** |
| 430. | 07/20/2006 | Anna-Maria Mueller and Don J. Degan.  Estimating Sockeye Salmon Smolt Flux and Abundance with Side-Looking Sonar. | **003860** |
| 431. | 2006 | Gutreuter, Steve. Et al. 2006.  Persistent disturbance by commercial navigation alters the relative abundance of channel- dwelling fishes in a large river.  Can. J. Fish. Aquat. Sci. | **003862** |
| 432. | 06/18/2006 | Moore, Kirk.  A digital picture below the surface:  Scientists use the latest technology to study marine life in the Navesink River.   Asbury Park Press. | **003878** |
| 433. | 11/2006 | Canadian Journal of Fisheries and Aquatic Sciences, Volume 63 | **003881** |
| 434. | 12/19/2006 | Fisheries Management., Enumeration, Fish Behavior. | **003883** |
| 435. | 07/2007 | BioSonics Newsletter | **003887** |
| 436. | 07/28/1999 | FAX, From Patrick Rogers. 1st Draft, Park Planning and Special Studies Wild and Scenic Rivers | **003895** |