UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WEAVERS COVE ENERGY, LLC )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPT. OF INTERIOR, )<br>*et al.* )<br>)<br>Defendants. )<br>) | No. 07-cv-1525(RBW) |

**NOTICE OF WITHDRAWAL OF JOSHUA A. KLEIN**

To the Clerk of this Court and all parties of record:

Please enter the withdrawal of Joshua A. Klein as counsel in this case for Plaintiff Weavers Cove Energy LLC. Weaver's Cove will continue to be represented by other attorneys from the law firm Baker Botts L.L.P., who have previously entered their appearances.

Filed this 1st day of April, 2008

/s/ Joshua A. Klein
Joshua A. Klein (Bar No. 489078)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2400
Tel: (202) 639-7700
Fax: (202) 639-7890

CERTIFICATE OF SERVICE

    I certify that on April 1, 2008, I caused a true and correct copy of this Notice of Withdrawal to be served on counsel for all parties by the Court's Electronic Case Filing (ECF) system.

/s/ Joshua A. Klein
Joshua A. Klein

April 1, 2008